UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | Hon. William H. Walls, U.S.D.J. |
| v. : | Crim. No. 11-854 |
| MOSHE BUTLER, : | Mag. No. 12-7113 |
| a/k/a "Marcus Butler," : | |
| a/k/a "John Savoy." : | **CONSOLIDATION ORDER** |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Robert L. Frazer, Assistant United States Attorney, appearing), and the Defendant Moshe Butler (Edward Dauber, Esq., appearing) for an order consolidating the proceedings in the above captioned matter with those in the matter *United States of America v. Moshe Butler*, Magistrate No. 12-7113 (CLW); and for good and sufficient cause shown,

WHEREFORE, it is on this ___ day of April, 2012,

ORDERED that the proceedings in the above-captioned matter and those in the matter *United States of America v. Moshe Butler*, Magistrate No. 12-7113 (CLW) are hereby consolidated and defendant Moshe Butler is to be sentenced in both matters at the same date and time.

_____
HONORABLE WILLIAM H. WALLS
United States District Judge

Consented and Agreed to by:

_____
Edward J. Dauber, Esq.
Counsel for Defendant Moshe Butler


_____
Robert L Frazer
Assistant United States Attorney